PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE MACK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00964-AWI-GSA<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME (SECOND REQUEST) |

    Pending the Court's approval, the time for Defendant to file the certified administrative record is extended twenty-one (21) days up to and including August 11, 2022.  This is the Defendant's second request for an extension.

    Defendant requests this extension due to technical difficulties with the certified administrative record that have made it impossible to file.  Defendant is working diligently to resolve this issue, as well as to potentially settle this matter.  Defendant appreciates Plaintiff's professional responsibility in this matter, and apologizes to the Court for the inconvenience and for the inadvertent late filing of this stipulation.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 3, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 3, 2022       PENA & BROMBERG

By /s/ *Jonathan Pena**
(*as authorized via e-mail on August 3, 2022)
JONATHAN PENA
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 11, 2022, to file the certified administrative record.

IT IS SO ORDERED.

Dated: **August 3, 2022**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE